# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:23−bk−07343−PS

ROTOR X AIRCRAFT MANUFACTURING COMPANY
4140 W MERCURY WAY
CHANDLER, AZ 85226
SSAN:
EIN:

Chapter: 11

Debtor(s)

## ORDER DISMISSING CASE

- ☑ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.
- ☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☐ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☐ The individual debtors having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.
- ☐ After an Order to Show Cause why this case should not be dismissed was issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.
- ☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above–captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 U.S.C. § 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: October 24, 2023             BY THE COURT

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number: (602) 682–4000  
www.azb.uscourts.gov

**Honorable Paul Sala**  
United States Bankruptcy Judge